District Judge James L. Robart
Magistrate Judge James P. Donohue

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAMI **KADDUMI**,
A# 27-104-178

    Petitioner,

v.

ALBERTO R. GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the United States Department of Homeland Security; A. NEIL CLARK, Seattle Field Office Director, Bureau of Immigration and Customs Enforcement; WARDEN of Immigration Detention Facility; and the Bureau of Immigration and Customs Enforcement,

    Respondents.

No. C05-2021-JLR-JPD

ORDER ON STIPULATION FOR DISMISSAL

    The parties having stipulated and agreed that the Petitioner has been released from DHS/ICE detention under an Order of Supervision and that this habeas corpus proceeding has become moot and may be dismissed without prejudice,

    **IT IS SO ORDERED.**

    The Clerk is directed to send copies of this Order to all counsel of record.

    DATED this 23rd day of January, 2006.

s/Thomas S. Zilly
_____
JAMES L. ROBART
United States District Judge

ORDER ON STIPULATION FOR DISMISSAL - 1
C05-2021-JLR-JPD

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | |
|---|---|
| 1 | Recommended for Entry |
| 2 | this 18th day of January, 2006. |
| 3 | |
| 4 | /s/  JAMES P. DONOHUE<br>United States Magistrate Judge |
| 5 | |
| 6 | Presented by: |
| 7 | |
| 8 | |
| 9 | Darwin P. Roberts<br>DARWIN P. ROBERTS<br>WSBA # 32539 |
| 10 | Assistant United States Attorney<br>United States Attorney's Office |
| 11 | 700 Stewart Street, Suite 5220<br>Seattle, Washington  98101-1271 |
| 12 | Telephone: (206) 553-7970<br>Fax: (206) 553-4067 |
| 13 | E-mail: darwin.roberts@usdoj.gov<br>Attorney for Respondents |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

ORDER ON STIPULATION FOR DISMISSAL  -  2
C05-2021-JLR-JPD

UNITED  STATES  ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970